UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Leda Dunn Wettre U.S.M.J. |
| | : | |
| v. | : | Mag. No. 23-13164 |
| | : | |
| FRANK KOBLE | : | **CRIMINAL COMPLAINT** |
| | : | |
| | : | |

I, Nicole Disch, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

## SEE ATTACHMENT A

I further state that I am a Special Agent with the United States Department of Homeland Security – Homeland Security Investigations, and that this complaint is based on the following facts:

## SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
Nicole Disch, Special Agent
U.S. Department of Homeland Security

August 3, 2023
DATE

at Essex County, New Jersey
County and State

_____
HONORABLE LEDA DUNN WETTRE
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## (Receipt of Child Pornography)

From on or about May 27, 2019 through on or about March 1, 2023, in Bergen County, in the District of New Jersey, and elsewhere, the defendant,

## FRANK KOBLE,

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(A) and 2252A(b)(1), and Section 2.

## ATTACHMENT B

I, Nicole Disch, a Special Agent with the United States Department of Homeland Security – Homeland Security Investigations, having conducted an investigation and having discussed this matter with other law enforcement officers who have participated in this investigation, have knowledge of the following facts. Because this Complaint is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause. Unless specifically indicated, all dates described in this affidavit are approximate and all conversations and statements described in this affidavit are related in substance and in part.

1.    At all times relevant to this Complaint, defendant Frank Koble ("KOBLE") was a resident of Clifton, New Jersey.

2.    Beginning at least as early as 2017, KOBLE—using the handle "bob.free7"—used an electronic messaging application (the "Chat App") to purchase child pornography and solicit live videos of children engaged in sexually explicit conduct in exchange for money. KOBLE typically solicited and received this material from people located in Philippines, who KOBLE paid using electronic payment applications. For example:

    a.    On or about May 27, 2019, another Chat App user ("CP Provider-1") sent KOBLE sexually explicit photographs of prepubescent children. Using his "bob.free7" handle, KOBLE responded with several sexually explicit messages about the child pornography he received. KOBLE also stated that he was trying to get a connection to a web-based payment application ("Payment App-1") to pay for those images. According to Payment App-1 records, on or about May 28, 2019, KOBLE sent approximately $20 to an account based in the Philippines.

    b.    On or about June 4, 2020, using the Chat App, CP Provider-1 sent KOBLE a sexually explicit video involving a prepubescent child. KOBLE, using his "bob.free7" handle, responded with sexually explicit messages commenting on the child pornography. Later in the chat, KOBLE wrote, "My details I use the name. Frank koble. New Jersey. (USA). Love you." According to Payment App-1 records, on or about June 5, 2020, KOBLE sent approximately $21 to an account based in the Philippines.

    c.    On or about March 1, 2023, KOBLE, using the Chat App and his "bob.free7" handle, exchanged sexually explicit messages with another user ("CP Provider-2") about a female child who CP Provider-2 identified by name ("CP

Victim").[1] During the chat, CP Provider-2 sent KOBLE three images of a nude female child who was approximately ten to twelve years old. In one of the images, the child was spreading her vagina open with her fingers and in another image, she was on her knees facing away from the camera with her vagina and buttocks exposed. KOBLE made several sexually explicit comments in response to receiving these images. When CP Provider-2 requested "1k" payment through a web-based payment application ("Payment Application-2"), KOBLE wrote that he had sent the payment, along with a screen shot depicting an approximately $15.00 payment to CP Provider-2.

3.    Records from the Chat App show that, between in or around April 2017 through in or around March 2023, KOBLE exchanged more than 400,000 messages with more than 400 Chat App user. In addition, KOBLE exchanged at least approximately 300 images that included sexually explicit images of children. In several chats, KOBLE requested sexually explicit images and videos of children, including live videos of such abuse. These messages also often referenced KOBLE paying for these materials.

4.    On or about August 3, 2023, during a lawful search of Koble's residence, law enforcement located Koble's phone in his pocket, which was logged into the "bob.free7" account on the Chat App. Koble gave a voluntary statement in which he admitted that he receives nude images of children from overseas.

---

[1] Nearly six years earlier, on or about June 19, 2017, CP Provider-2 told KOBLE, through the Chat App, that the CP Victim was five years old, which would make her approximately 11 years old in or around March 2023.